IN RE: ADOPTION OF: B.G.R.
a/k/a A.R., a Minor

Petition of: K.C.

No. 821 MAL 2016

Supreme Court of Pennsylvania.

January 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

IN RE: ADOPTION OF: A.L.P.
(Adoptee's Name as on
Birth Certificate)

Petition of: C.L.P., Father

Petition of: C.L.P., Father

No. 495 WAL 2016
No. 496 WAL 2016

Supreme Court of Pennsylvania.

January 17, 2017

## ORDER

PER CURIAM

**AND NOW**, this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Luzay WATSON, Petitioner
No. 351 WAL 2016

Supreme Court of Pennsylvania.

January 17, 2017

## ORDER

PER CURIAM

**AND NOW**, this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.